IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40951
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

BILLIE MATLEN MATTHEWS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-447-1
- - - - - - - - - -

August 6, 1999

Before SMITH, BARKSDALE, and PARKER, Circuit Judges.


PER CURIAM:[*]

Billie Matlen Matthews appeals from his jury convictions for knowingly and intentionally possessing with intent to distribute more than 50 kilograms of marihuana and knowingly carrying a firearm in relation to a drug trafficking crime.  Matthews argues that the district court erred in denying his motion to suppress because the initial traffic stop was unlawful and that there was insufficient evidence prior to the traffic stop to prove that he had knowingly possessed marijuana with intent to distribute it.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the record and the arguments and authorities convince us that no reversible error was committed. The district court did not err in denying the motion to suppress as the officers, through their collective knowledge, were able to point to specific and articulable facts which, taken together with rational inferences from those facts, reasonably warranted the traffic stop. United States v. Shabazz, 993 F.2d 431, 435 (5th Cir. 1993); United States v. Coleman, 969 F.2d 126, 129-30 (5th Cir. 1992). The evidence was therefore not insufficient. United States v. Ortega Reyna, 148 F.3d 540, 543-44 (5th Cir. 1998). Accordingly, the judgment of the district court is AFFIRMED.